IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

    Plaintiff,

vs.                                                                  Civil No. 1-05-1282

One Parcel of Property Located at
101 Court Square, Trenton, Tennessee,
Gibson County, Tennessee, with All
Appurtenances and Improvements Thereon,

    Defendant.

## ORDER

Pursuant to a complaint filed by the United States on September 26, 2005, seeking the forfeiture of One Parcel of Property Located One Parcel of Property Located at 101 Court Square, Trenton, Tennessee, Gibson County, Tennessee, with All Appurtenances and Improvements Thereon, under the provisions of 18 U.S.C. §§981(a)(1)(A) and (a)(1)(C), it is hereby ORDERED:

1.    That the United States Secret Service for this district will arrest the defendant real estate and hold said property subject to the further orders of this Court;

2.    That the United States Secret Service will serve a copy of the complaint on all known claimants to the defendant property including, without limitation, Lisa J. Norris and Artfully Arranged;

3.    That the United States Secret Service will advertise in the <u>Jackson Sun</u>, Jackson, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that a Complaint for Forfeiture has been filed pursuant to 18 U.S.C. 981(a)(1)(A); and that each party claiming any interest in the said property must file a claim within thirty (30) days of the notice and

an answer to the complaint within twenty (20) days thereafter;

    4.    The Secret Service may use the attached legal notice in the advertisement.

ENTERED:   This 3rd day of October, 2005.

                                                      James D. Todd
                                                      UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(901) 544-4231

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01282 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT